FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

12:37 pm, 10/17/22

**Margaret Botkins**
**Clerk of Court**

WAKE ENERGY, LLC, on behalf of itself
and all others similarly situated,

          Plaintiff,

   vs.

EOG RESOURCES, INC.,

          Defendant.

Civil No. 20-CV-00183-ABJ

## *INITIAL PLAN OF ALLOCATION ORDER*

This Initial Plan of Allocation Order sets forth the manner in which the Net Settlement

Fund will be administered and distributed to Class Members. The Net Settlement Fund for

distribution will be allocated to each Class Member based on the factors and considerations set

forth in the Initial Plan of Allocation (Doc. 76-6) and the Settlement Agreement (Doc. 68-1).

## INITIAL PLAN OF ALLOCATION

The Net Settlement Fund for distribution will be allocated among individual Class Members

based upon the factors set forth in the Settlement Agreement (Doc. 68-1) and approved by the Court.

Pursuant to the Settlement Agreement, the Plan of Allocation reduces the amount available for

distribution for estimates of Plaintiff's Attorneys' Fees, Litigation Expenses, and Administration,

Notice, and Distribution Costs, and a Case Contribution Award, which amounts were ultimately

determined by the Court at the Final Fairness Hearing and which will be implemented in the Final

Plan of Allocation.

The Court reserves the right to modify this Plan of Allocation Order without further notice

to any Class Members who have not entered an appearance. The allocation of the Net Settlement

Fund among Class Members and the Allocation Methodology is a matter separate and apart from

the proposed Settlement between Plaintiff and Defendant, and any decision by the Court concerning

allocation and distribution of the Net Settlement Fund among Class Members shall not affect the validity or finality of the Settlement or operate to terminate or cancel the Settlement.

## TIME FOR ALLOCATION AND DISTRIBUTION

The allocation and distribution of the Net Settlement Fund for distribution shall be under the direct supervision of the Court and shall be consistent with the Final Plan of Allocation submitted by Class Counsel and approved by the Court. Furthermore, the timing, manner, and process for any distributions shall be consistent with the timing and process provided for in the Settlement Agreement (Doc. 68-1), which is incorporated herein by reference.

IT IS SO ORDERED this 17ᵗʰ day of October , 2022.


ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE