Reagan E. Bradford, OBA #22072*
Ryan K. Wilson, OBA #33306*
*admitted *pro hac vice*
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
(405) 698-2770
(405) 234-5506 fax
reagan@bradwil.com
ryan@bradwil.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Wake Energy, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EOG Resources, Inc.,<br><br>Defendant. | Civil Action No. 20-CV-183-ABJ |

**CLASS REPRESENTATIVE'S
MOTION TO AUTHORIZE DISTRIBUTION OF SETTLEMENT FUNDS
FOR PAYMENT OF EXPENSES**

Class Representative moves the Court to authorize the distribution of settlement funds from the expense reserve of the Gross Settlement Fund for reimbursement of Litigation Expenses and Administration, Notice, and Distribution Costs. In support of this Motion, Class Representative shows the Court the following:

1. On October 17, 2022, the Court entered the Order and Judgment Granting Final Approval of Class Action Settlement, which approved the Settlement as fair, reasonable, and adequate under Rule 23. Doc. 82 at 8, ¶ 7.

2. On the same day, the Court also entered its Order Awarding Plaintiff's Attorneys' Fees, Litigation Expenses, Administration, Notice, and Distribution Costs, and Case Contribution Award. Doc. 84 (the "Fee and Expense Order").

3. The Fee and Expense Order provided a reserve of $148,000.00 for future Litigation Expenses and Administration, Notice, and Distribution Costs. *Id.* at 10, ¶ 7(h).

4. Following entry of the Fee and Expense Order, Class Counsel has advanced $57,056.23 in Litigation Expenses and Administration, Notice, and Distribution Costs. *See* **Ex. 1**, Declaration of Class Counsel at 1, ¶ 1.

5. Following entry of the Fee and Expense Order, the Settlement Administrator (JND Class Action Administration) has incurred $35,604.52 in Administration, Notice, and Distribution Costs. *Id.* at 1, ¶ 2.

6. In total, Class Counsel and the Settlement Administrator have incurred $92,660.75 in Litigation Expenses and Administration, Notice, and Distribution Costs, which costs were reasonably and necessarily incurred and advanced to effectuate the Settlement and to distribute the Net Settlement Fund to Class Members in accordance with the Court's orders. *Id.* at 1, ¶ 3.

7. Accordingly, Class Counsel requests that the Court authorize distribution of $92,660.75 to Class Counsel and the Settlement Administrator to reimburse, respectively, the advanced costs, which amount is within the reserve established by the Court in the Fee and Expense Order ($148,000.00).

8. Consistent with this Court's rules, Class Representative will file a proposed order along with this motion and submit a native version to the Court's chambers email.

Respectfully Submitted,

/s/ *Reagan E. Bradford*
Reagan E. Bradford, OBA #22072
Ryan K. Wilson, OBA #33306
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
Telephone: (405) 698-2770
reagan@bradwil.com
ryan@bradwil.com

–and–

Rick Erb 6-2663
RICHARD A. ERB, JR., PC
PO Box 36
Gillette, WY 82717
(307) 682-0215
(307) 682-1339 fax
rick@rickerb.com

–and–

Brady L. Smith, OBA #30727*
*admitted *pro hac vice*
BRADY SMITH, PLLC
One Leadership Square, Suite 1320
211 N. Robinson
Oklahoma City, OK 73102
(405) 293-3029
brady@blsmithlaw.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2023, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Reagan E. Bradford*
Reagan E. Bradford

3