Reagan E. Bradford, OBA #22072*
Ryan K. Wilson, OBA #33306*
*admitted *pro hac vice*
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
(405) 698-2770
(405) 234-5506 fax
reagan@bradwil.com
ryan@bradwil.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING**

| | |
|---|---|
| Wake Energy, LLC, on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No. 20-CV-183-ABJ |
| EOG Resources, Inc., | |
| Defendant. | |

**UNOPPOSED MOTION FOR
DISTRIBUTION OF ADDITIONAL RESIDUAL UNCLAIMED FUNDS**

Class Representative moves the Court for an order approving distribution of additional, unanticipated Residual Unclaimed Funds.[1] In support of this Motion, Class Representative shows the Court the following:

1.　On October 17, 2022, the Court entered the Order and Judgment Granting Final Approval of Class Action Settlement, which approved the Settlement and Settlement Agreement as fair, reasonable, and adequate under Rule 23. Doc. 82 at 8, ¶ 7.

---

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Settlement Agreement (Doc. 68-1).

2. On February 21, 2023, the Court entered the Final Plan of Allocation and Distribution Order, authorizing disbursement of the Net Settlement Fund to the Settlement Class. Doc. 88 at 2, ¶ 3.

3. After distribution of approximately 95% of the Gross Settlement Fund and exhaustion of reasonable, economic distribution efforts, the Court approved (Doc. 92) distribution of the remaining Residual Unclaimed Funds to "the appropriate states' unclaimed property funds," as detailed in the Settlement Agreement (Doc. 68-1 at 24, ¶ 6.10).

4. Following that order (Doc. 92), however, the Settlement Administrator received a tax refund of $14,000.00, which was an advance on estimated tax liabilities which were not ultimately due.

5. While the Settlement Agreement originally contemplated that Residual Unclaimed Funds would be sent to "the appropriate states' unclaimed property funds" (Doc. 68-1 at 24, ¶ 6.10), these unanticipated funds are not attributable to specific Class Members and the cost for Plaintiff's expert to re-run an allocation and then the expense of mailing those funds to thousands of Class Members and dozens of unclaimed property funds likely exceeds the value of the refund received.

6. In light of these practical realities, Class Counsel conferred with Defendant's Counsel and proposed that the unanticipated Residual Unclaimed Funds[2] be contributed as *cy pres* to the Wyoming Oil and Gas Conservation Commission's orphan well program. *See* https://www.wyoleg.gov/InterimCommittee/2021/02-20211213055-197-OGCCOrphan-WellSummary.pdf (last visited Apr. 9, 2025).

---

[2] The Settlement Administrator would remit, if approved by the Court, $13,990.00 after a $10.00 holdback for anticipated 2024 tax liabilities.

7. Defendant agreed with Class Counsel's proposal.

8. "The cy pres doctrine allows a court to distribute unclaimed or non-distributable portions of a class action settlement fund to the 'next best' class of beneficiaries." *Tennille v. W. Union Co.*, 809 F.3d 555, 560 n.2 (10th Cir. 2015) (internal quotation marks omitted); *see also* 3 William B. Rubenstein et al., Newberg on Class Actions § 10.17 (4th ed. 2002).

9. Given this case was an oil-and-gas class action, the parties submit that the orphaned well program is an appropriate recipient to plug and abandon orphaned wells in the State of Wyoming.

10. Consistent with this Court's rules, Class Representative will file a proposed order along with this motion and submit a native version to the Court's chambers email.

Respectfully Submitted,

*/s/ Reagan E. Bradford*
Reagan E. Bradford, OBA #22072
Ryan K. Wilson, OBA #33306
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
Telephone: (405) 698-2770
reagan@bradwil.com
ryan@bradwil.com

–and–

Rick Erb 6-2663
RICHARD A. ERB, JR., PC
PO Box 36
Gillette, WY 82717
(307) 682-0215
(307) 682-1339 fax
rick@rickerb.com

–and–

Brady L. Smith, OBA #30727*
*admitted *pro hac vice*
BRADY SMITH, PLLC
One Leadership Square, Suite 1320

        211 N. Robinson
        Oklahoma City, OK 73102
        (405) 293-3029
        brady@blsmithlaw.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 9, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Reagan E. Bradford*
        Reagan E. Bradford